UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. 0:10-cv-04182-JNE-JJG

| | |
|---|---|
| Laura Molde, <br><br> Plaintiff, <br><br> v. <br><br> Stuart Allan & Associates, Inc., <br><br> Defendant | **MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT** |

Defendant, Stuart Allan & Associates, Inc. (SAA), moves this Honorable Court for an order dismissing the above-captioned and numbered action pursuant to Fed. R. Civ. P. 12(b)(6) or, alternatively, for judgment in its favor pursuant to Fed. R. Civ. P. 56. This motion is based upon all of the files, records and proceedings herein, and the memorandum of law and any supporting affidavits that will be filed pursuant to LR 7.1.

Dated November 1, 2010.

Respectfully submitted,

**MOSS & BARNETT**
A Professional Association

By: s/ Michael S. Poncin
Michael S. Poncin (Minn. Bar #296417)
James R. Bedell (Minn. Bar #351544)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 877-5000
Facsimile:  (612) 877-5999
PoncinMm@moss-barnett.com
BedellJ@moss-barnett.com

*Attorneys for Defendant,*
*Stuart Allan & Associates, Inc.*